FILED

06/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0548

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0548

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                       O R D E R

BRYAN HUGH HINDMAN,

     Defendant and Appellant.

_____

Upon consideration of Appellant Bryan Hugh Hindman's Motion for Extension of Time and good cause appearing therefore, Hindman is GRANTED an extension of time within which to file his Reply Brief to and including July 14, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2023